Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, a California limited partnership, et al.,<br><br>        Defendants. | No.  1:15-cv-01242-LJO-EPG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 14, 2015                         MOORE LAW FIRM, P.C.


                                                                  */s/ Tanya E. Moore*
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff
                                                                  Arthur Owens

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**
**Dated: October 15, 2015**

/s/ Lawrence J. O'Neill
**United States District Judge**